

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8000
RSteer@tarterkrinsky.com

May 28, 2025

<u>Via ECF</u>

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *Antoinetter Grant v. NYU Langone Hospitals*
              Case No.: 1:25-cv-03455 (RA)
              <u>Request for Extension of Time to Answer or Move and Other Deadlines</u>

Dear Judge Abrams:

      We represent Defendant, NYU Langone Hospitals ("NYU"), in the above-referenced action.

      Pursuant to Rule 1(D) of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request an extension of time, for NYU to answer, move, or otherwise respond to Plaintiff's Complaint, from May 28, 2025, to and including July 11, 2025. This deadline takes into consideration the upcoming holidays.

      The parties also respectfully request that the dates provided in the Court's Order dated April 29, 2025 (Dkt. No. 6) (the "Court's Order), be extended as follows:

- The last day for the parties to meet and confer regarding settlement to and including July 31, 2025; and
- The last day for the parties to file a joint letter to and including August 15, 2025.

      This is NYU's first request for an extension of time to respond to the Complaint and the parties' first request to extend the deadlines in the Court's Order. The reason for the requests is that this Firm has just been retained by NYU. Thus, this Firm needs additional time to gather information and review documents in order to properly respond to the Complaint and have meaningful settlement conversations with Plaintiff's counsel. Plaintiff's counsel consents to this request.

      The parties further respectfully request that the caption of the case be changed to reflect the correct spelling of the Plaintiff's name, which is 'Antoinette Grant'.

000999\144\180010815.v1

Hon. Ronnie Abrams
May 28, 2025
Page 2 of 2

    We thank the Court for its time and consideration.

                                          Respectfully submitted,
                                          **TARTER KRINSKY & DROGIN LLP**

                                          By: */s/ Richard L. Steer*
                                                 Richard L. Steer

cc:    All counsel of record via ECF.

                      Application granted. The Court hereby adopts the parties' proposed deadlines. Furthermore, the Clerk of Court is respectfully directed to correct the case caption, as set forth above.

                      SO ORDERED.

                      Hon. Ronnie Abrams
                      May 29, 2025

000999\144\180010815.v1